```
___ FILED        ___ RECEIVED
___ ENTERED      ___ SERVED ON
            COUNSEL/PARTIES OF RECORD

         DEC 1 0 2014

      CLERK US DISTRICT COURT
         DISTRICT OF NEVADA
BY: _____ DEPUTY
```

# UNITED STATES DISTRICT COURT

## DISTRICT OF NEVADA

| | |
|---|---|
| UNITED STATES OF AMERICA, | 3:13-CR-0110-RCJ (WGC) |
| Plaintiff, | ORDER |
| vs. | |
| KENNETH LYNN ARNOLD, | |
| Defendant(s) | |

In accordance with Title 18 U.S.C. § 3583(e)(1), the court orders that, as of December 10, 2014, KENNETH LYNN ARNOLD's five-year term of supervised release that commenced on April 9, 2012, is hereby reduced by one year, for a four-year term, following his successful completion of the District of Nevada's CLEAR Court (Court Led Efforts at Recovery) Program.

Dated: December 10, 2014.

_____
ROBERT C. JONES
UNITED STATES DISTRICT JUDGE